under the Workmen's Compensation Law, for the Death of WALTER J. CASTOR, v. COLLEGIATE BAPTIST CHURCH OF THE COVENANT, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LAWRENCE ZUKOWSKI, Respondent, for Compensation under the Workmen's Compensation Law, v. FILLMORE AVENUE FOUNDRY AND IRON WORKS, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Sent back to the Commission.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by PETER A. NUGENT, Respondent, v. WILLIAM CABBLE EX. WIRE MANUFACTURING COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award reversed, on the authority of *Matter of Salotar* v. *Neuglass & Co.* (228 N. Y. 508) and section 22 of the Workmen's Compensation Law. All concur.

In the Matter of the Application of the SILVER BAY ASSOCIATION FOR CHRISTIAN CONFERENCES AND TRAINING, for a Writ of Certiorari to JOHN C. BRAISTED and Others, as Assessors of the Town of Hague, Warren County, N. Y.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HENRY HERRMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. O. P. POTTER CORP., Employer, and EMPLOYERS LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Judicial Settlement of the Account of FRANK B. WICKES, as Administrator of the Personal Estate of GEORGE A. HOUGHTALING, Deceased. JOEL H. CARPENTER and Others, Appellants; JENNIE H. NEUHAUS, Respondent.— Decree unanimously affirmed, with costs.

In the Matter of the Application of THERON M. RIPLEY, Respondent, for a Writ of Mandamus to Compel Reinstatement as Division Engineer in the Department of Highways of the State of New York. FREDERICK STUART GREENE, Appellant.— Order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERBUSH & POWELL, INCORPORATED, Relator, v. LEON G. DIBBLE, as Comptroller of the City of Schenectady, Respondent.— Order affirmed as a matter of law and not in the exercise of discretion, with costs. All concur, except John M. Kellogg, P. J., and Cochrane, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LILLIAN BEATRICE NOEL, Appellant, v. THOMAS W. McARTHUR, as Attorney and Agent for CHARLES E. NOEL and CATHERINE NOEL, or any Person Acting for or on Behalf of Said THOMAS W. McARTHUR, CHARLES E. NOEL and CATHERINE NOEL, or Either of Them, and Having the Custody and Control of Said Relator and Others, Respondents. — Order unanimously affirmed, with costs against the petitioner.

MERLE SHELDON, as Administratrix, etc., of WILLIAM KINGSLEY SHELDON,

Deceased, Respondent, v. JOHN BARTON PAYNE, as Agent Appointed by the President under Section 206 of the Transportation Act of Congress of 1920,* Appellant.— Judgment and order unanimously affirmed, with costs. Van Kirk, J., not sitting.